No. 10–5574. NAVAS *v.* UNITED STATES; and

No. 10–5636. ALVAREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. 